**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Kathryn Marie Johnson** | Social Security number or ITIN **xxx–xx–7676** |
| | First Name    Middle Name    Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN  _ _ _ _ |
| | First Name    Middle Name    Last Name | EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **District of Minnesota**

Case number:  **20–40855**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kathryn Marie Johnson
asf North Country Enterprises, LLC

<u>6/30/20</u>

**By the court:** <u>Kathleen H Sanberg</u>
United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on June 30, 2020
 Lori Vosejpka  Clerk, United States Bankruptcy Court
By: admin Deputy Clerk

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                **Order of Discharge**                page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318　　　　　　　　　　**Order of Discharge**　　　　　　　　　　page 2

```
                       United States Bankruptcy Court
                            District of Minnesota

In re:                                                    Case No. 20-40855-KHS
Kathryn Marie Johnson                                     Chapter 7
        Debtor
                           CERTIFICATE OF NOTICE
District/off: 0864-4       User: admin            Page 1 of 1        Date Rcvd: Jul 01, 2020
                           Form ID: mnbb318       Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2020.
db             +Kathryn Marie Johnson,    25493 165th St,    Big Lake, MN 55309-9621
smg            +United States Attorney,    600 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
62484348       +Central Fleet Service & Parts,    12575 313th Ave,    Princeton MN 55371-3492
62484349       +Cora Lea Paige,    25493 165th St NW,    Big Lake MN 55309-9621
62484351       +Freedom Truck Finance,    PO BOX 2508,    Sioux City IA 51106-0508
62484353       +Joe Johnson,    25493 165th,    Big Lake MN 55309-9621
62484354       +Metropolitan Anesthesia,    PO Box 47159,    Plymouth MN 55447-0159
62484356        Rebound Orthotics & Posthetics,    1073 South Hwy 15, Plaza 15,    Hutchinson MN 55350

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +EDI: MINNDEPREV.COM Jul 02 2020 04:04:00     Minnesota Department of Revenue,
                 Bankruptcy Section,    PO BOX 64447,    St Paul, MN 55164-0447
smg            +E-mail/Text: ustpregion12.mn.ecf@usdoj.gov Jul 02 2020 00:14:37      US Trustee,
                 1015 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
62484347        E-mail/Text: rcmbankruptcynotices@allina.com Jul 02 2020 00:15:15      Allina Health,
                 PO Box 43,    Minneapolis MN 55440-0043
62484350       +E-mail/PDF: creditonebknotifications@resurgent.com Jul 02 2020 00:24:45      Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas NV 89193-8873
62519648       +EDI: FREETRUKFIN Jul 02 2020 04:03:00     Freedom Truck Finance,    PO BOX 515797,
                 Dallas TX 75251-5797
62488781       +EDI: AISACG.COM Jul 02 2020 04:04:00     Freedom Truck Finance, LLC,
                 AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
62484352        EDI: IRS.COM Jul 02 2020 04:03:00     Internal Revenue Service,    Centralized Insolvency,
                 PO Box 7346,    Philadelphia PA 19101-7346
62484355       +EDI: MINNDEPREV.COM Jul 02 2020 04:04:00     MN Dept of Revenue,    Attn: Denise Jones,
                 PO Box 64447,    Saint Paul MN 55164-0447
62484357       +E-mail/Text: participations@riverwoodbank.com Jul 02 2020 00:14:51      Riverwood Bank,
                 1329 Pacific Ave,    Benson MN 56215-1839
62484358       +EDI: USBANKARS.COM Jul 02 2020 04:03:00     U.S. Bancorp,    Attn: Bankruptcy,
                 800 Nicollet Mall,    Minneapolis MN 55402-7014
                                                                                               TOTAL: 10

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2020                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 30, 2020 at the address(es) listed below:
              J. Richard Stermer     rstermer@stermerlaw.com, mn21@ecfcbis.com
              US Trustee    ustpregion12.mn.ecf@usdoj.gov
              William P. Kain   on behalf of Debtor 1 Kathryn Marie Johnson sonjaq@kainscott.com
                                                                                             TOTAL: 3
```